IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, a limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 13-cv-4160 ) |
| COMMERCE BANCSHARES, INC., and COMMERCE BANK, a State Chartered Trust Company, | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO W.D. MISSOURI LOCAL RULE 7.1**

Plaintiff Intellectual Ventures II LLC, in accordance with W.D. Missouri Local Rule 7.1, hereby advises the Court that no parent corporations, subsidiaries or affiliates for Intellectual Ventures II LLC has issued shares to the public.

Date: June 20, 2013

**STUEVE SIEGEL HANSON LLP**

/s/ Norman E. Siegel
Norman E. Siegel – MO 44378
Stephen N. Six – MO 45241
460 Nichols Rd. Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
six@stuevesiegel.com

COUNSEL FOR PLAINTIFF

OF COUNSEL:

Ian Feinberg
Elizabeth Day
Marc Belloli
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Direct: 650-618-4360
Fax: 650-618-4368
ifeinberg@feinday.com
eday@feinday.com
mbelloli@feinday.com
(*pro hac vice* applications forthcoming)